IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

FILED
FEB 1 0 2011
CLERK, U.S. DISTRICT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

| | |
|---|---|
| HILL COUNTRY BAKERY, LLC, | § |
| Plaintiff, | § |
| VS. | § CIVIL ACTION NO. 10-CV-00535-OLG |
| I. J. WHITE SYSTEMS, | § |
| Defendant. | § |

## ORDER

On this date, the Court considered the motion of plaintiff to file a seven-page sur-reply to Defendant's Opposed Motion to Dismiss or, Alternatively, to Transfer Venue. The Court is of the opinion that the motion is well taken and should be granted.

It is therefore ORDERED that Plaintiff be given leave to file a seven-page sur-reply to Defendant's Opposed Motion to Dismiss or, Alternatively, to Transfer Venue. The clerk is ORDERED to accept PLAINTIFF HILL COUNTRY BAKERY, LLC'S SUR-REPLY TO DEFENDANT'S MOTION TO DISMISS OR, ALTERNATIVELY, TO TRANSFER VENUE, a copy of which is attached to Plaintiff's motion to leave to file sur-reply, and file and docket that pleading under its own docket number. Further, the Court shall defer ruling on the Motion to Dismiss, or Alternatively, to Transfer Venue until Defendant has filed its response, if any, not later than ten (10) days following its receipt of Plaintiff's sur-reply.

Signed this __10__ day of ~~December, 2010~~ February, 2011.

_____
ORLANDO L. GARCIA
UNITED STATES DISTRICT JUDGE